BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: PHILIP R. BYRNES
Senior Litigation Counsel
Nevada Bar No. 166
By: JEFFRY M. DOROCAK
Deputy City Attorney
Nevada Bar No. 13109
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629 (office)
(702) 386-1749 (fax)
Email: pbyrnes@lasvegasnevada.gov
Email: jdorocak@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS
 and LAS VEGAS CITY COUNCIL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., dba DOTTY'S,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE CITY OF LAS VEGAS, a Municipal Corporation, THE CITY COUNCIL OF LAS VEGAS, and Does I through X,<br><br>　　　　　　　Defendants. | CASE NO. 2:15-cv-2240-GMN-GWF |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**
**(FIRST REQUEST)**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel, that the time for Defendants CITY OF LAS VEGAS and LAS VEGAS CITY COUNCIL to respond to Plaintiff's Motion for Summary Judgment be extended from January 5,

. . . .

. . . .

. . . .

. . . .

. . . .

2017, to January 19, 2017, to allow counsel for Defendants to prepare such response. This is the first request for an extension of time in this matter.

DATED this 22nd day of December, 2016.

KEMP, JONES & COULTHARD, LLP

By: /s/ Matthew S. Carter
    MATTHEW S. CARTER, ESQ.
    Nevada Bar No. 9524
    MONA KAVEH, ESQ.
    Nevada Bar No. 11825
    3800 Howard Hughes Parkway,
    17th Floor
    Las Vegas, NV 89169
    Attorneys for Plaintiffs

DATED this 22nd day of December, 2016.

BRADFORD R. JERBIC
City Attorney

By: /s/ Philip R. Byrnes
    PHILIP R. BYRNES
    Senior Litigation Counsel
    Nevada Bar No. 166
    495 South Main Street, Sixth Floor
    Las Vegas, NV 89101
    Attorneys for CITY OF LAS VEGAS
    and LAS VEGAS CITY COUNCIL

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

December 22, 2016
DATE