J. RANDALL JONES, ESQ.
Nevada Bar No.: 1927
MATTHEW S. CARTER, ESQ.
Nevada Bar No.: 9524
MONA KAVEH, ESQ.
Nevada Bar No.: 11825
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Tel. (702) 385-6000
Email: kjc@kempjones.com
*Attorneys for Plaintiff, Nevada Restaurant Services, Inc. dba Dotty's*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., dba DOTTY'S,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF LAS VEGAS, a Municipal Corporation, THE CITY COUNCIL OF LAS VEGAS, and Does I through X,<br><br>Defendants. | Case No.: 2:15-cv-02240-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

COME NOW, Plaintiff Nevada Restaurant Services, Inc., dba Dotty's, by and through its counsel of record, Kemp, Jones & Coulthard, LLP, and Defendants, The City of Las Vegas and The City Council of Las Vegas, by and through their attorneys of record, the Las Vegas City Attorney's Office, and hereby stipulate and agree that the deadline to file the Joint Pretrial Order, currently due on April 21, 2017, be extended to May 5, 2017. This is the parties' first request to extend this deadline.

/ / /

/ / /

1

Counsel for both parties are diligently working on the initial draft of the Joint Pretrial Order, but, due to some conflicting demands upon counsel from other matters, additional time is necessary to allow the parties to thoroughly review and finalize the proposed draft, including exhibit and witness lists, as well as discuss stipulations and hold a meaningful meet and confer regarding the contents of the agreed-to portions of the Joint Pretrial Order.

Dated this 18th day of April, 2017.

**KEMP, JONES & COULTHARD, LLP**

/s/ Mona Kaveh
J. Randall Jones, Esq. (#1927)
Matthew S. Carter, Esq. (#9524)
Mona Kaveh, Esq. (#11825)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
*Attorneys for Plaintiff Nevada Restaurant Services, Inc. dba Dotty's*

Dated this 18th day of April, 2017.

**CITY ATTORNEY'S OFFICE**

/s/ Philip R. Byrnes
Philip R. Byrnes, Esq. (#166)
Senior Litigation Counsel
Jeffry M. Dorocak, Esq. (#13109)
Deputy City Attorney
495 South Main Street, Sixth Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants City of Las Vegas and City Council of Las Vegas*

## ORDER

IT IS SO ORDERED this 19th day of April, 2017.

/s/ George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

**KEMP, JONES & COULTHARD, LLP**

/s/ Mona Kaveh
J. Randall Jones, Esq. (#1927)
Matthew S. Carter, Esq. (#9524)
Mona Kaveh, Esq. (#11825)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
*Attorneys for Plaintiff Nevada Restaurant Services, Inc. dba Dotty's*