J. RANDALL JONES, ESQ.
Nevada Bar No.: 1927
SPENCER H. GUNNERSON, ESQ.
Nevada Bar No.: 8810
MONA KAVEH, ESQ.
Nevada Bar No.: 11825
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Tel. (702) 385-6000
Email: kjc@kempjones.com
*Attorneys for Plaintiff, Nevada
Restaurant Services, Inc. dba Dotty's*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., dba DOTTY'S,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF LAS VEGAS, a Municipal Corporation, THE CITY COUNCIL OF LAS VEGAS, and Does I through X,<br><br>Defendants. | Case No.: 2:15-cv-02240-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(SECOND REQUEST)** |

COME NOW, Plaintiff Nevada Restaurant Services, Inc., dba Dotty's, by and through its attorneys of record, Kemp, Jones & Coulthard, LLP, and Defendants, The City of Las Vegas and The City Council of Las Vegas, by and through their attorneys of record, the Las Vegas City Attorney's Office, and hereby stipulate and agree that the deadline to file the Joint Pretrial Order, currently due on May 5, 2017, be extended to June 2, 2017. This is the parties' second request to extend this deadline. The original deadline to file the Joint Pretrial Order was on April 21, 2017. The parties requested a two-week extension until May 5, 2017, which the Court granted. Doc. 52.

Counsel for both parties had been diligently working on the initial draft of the Joint Pretrial Order, but request a second extension for the following reasons: (1)

1

Plaintiff's counsel working on the initial draft unfortunately had a family emergency and had to take a temporary leave; and (2) Spencer H. Gunnerson, Esq. has recently been brought into the case on behalf of Plaintiff and is taking the place of Matthew S. Carter, Esq., who is no longer with the firm. This additional time is therefore necessary to allow new counsel to familiarize himself with the matter, as well as to allow the parties to thoroughly review and finalize the proposed draft, including exhibit and witness lists, to discuss stipulations, and to hold a meaningful meet and confer regarding the contents of the agreed-to portions of the Joint Pretrial Order.

Dated this 4th day of May, 2017.

Dated this 4th day of May, 2017.

**KEMP, JONES & COULTHARD, LLP**

*/s/ Mona Kaveh*

J. Randall Jones, Esq. (#1927)
Spencer H. Gunnerson, Esq. (#8810)
Mona Kaveh, Esq. (#11825)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
*Attorneys for Plaintiff Nevada Restaurant Services, Inc. dba Dotty's*

**CITY ATTORNEY'S OFFICE**

*/s/ Philip R. Byrnes*

Philip R. Byrnes, Esq. (#166)
Senior Litigation Counsel
Jeffry M. Dorocak, Esq. (#13109)
Deputy City Attorney
495 South Main Street, Sixth Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants City of Las Vegas and City Council of Las Vegas*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5/05/2017