J. RANDALL JONES, ESQ.
Nevada Bar No.: 1927
SPENCER H. GUNNERSON, ESQ.
Nevada Bar No.: 8810
MONA KAVEH, ESQ.
Nevada Bar No.: 11825
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Tel. (702) 385-6000
Email: kjc@kempjones.com
*Attorneys for Plaintiff, Nevada*
*Restaurant Services, Inc. dba Dotty's*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., dba DOTTY'S, | Case No.: 2:15-cv-02240-GMN-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLEADINGS** |
| THE CITY OF LAS VEGAS, a Municipal Corporation, THE CITY COUNCIL OF LAS VEGAS, and Does I through X, | **(FIRST REQUEST)** |
| Defendants. | |

COME NOW, Plaintiff Nevada Restaurant Services, Inc., dba Dotty's ("Dotty's"), by and through its attorneys of record, Kemp, Jones & Coulthard, LLP, and Defendants The City of Las Vegas and The City Council of Las Vegas (collectively, the "City"), by and through their attorneys of record, the Las Vegas City Attorney's Office, and hereby stipulate and agree to the following:

1.    Dotty's filed a Motion to Supplement the Record on September 7, 2018. Doc. 83.  The City filed its Opposition on September 20, 2018.  Doc. 93.  The current deadline for Dotty's to file its Reply is September 27, 2018.

2.    Dotty's filed a (1) Motion to Request the Court "Order the Question be Tried Before a Jury" Pursuant to NRS 34.220 for its Writ of Mandamus Claim, and (2)

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

Motion for Advisory Jury on September 13, 2018. Docs. 85 and 86. The current deadline for the City to file its Opposition is September 27, 2018.

3.      The City filed a Motion in Limine on September 13, 2018. Doc. 89. The current deadline for Dotty's to file its Opposition is September 27, 2018.

4.      Dotty's and the City have agreed that both parties shall have up to and including October 5, 2018, to file their respective outstanding pleadings referenced above, which are all currently due on September 27, 2018.

5.      This extension is requested due to some conflicting demands upon counsel from other matters. This is the first stipulation for extension of time to file these pleadings.

Dated this 26th day of September, 2018.

**KEMP, JONES & COULTHARD, LLP**

*/s/ Mona Kaveh*
J. Randall Jones, Esq. (#1927)
Spencer H. Gunnerson, Esq. (#8810)
Mona Kaveh, Esq. (#11825)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
*Attorneys for Plaintiff Nevada*
*Restaurant Services, Inc. dba Dotty's*

Dated this 26th day of September, 2018.

**CITY ATTORNEY'S OFFICE**

*/s/ Philip R. Byrnes*
Philip R. Byrnes, Esq. (#166)
Senior Litigation Counsel
Jeffry M. Dorocak, Esq. (#13109)
Deputy City Attorney
495 South Main Street, Sixth Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants City of Las*
*Vegas and City Council of Las Vegas*

**IT IS SO ORDERED:**

**DATED** this 27 day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com