BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: PHILIP R. BYRNES
Senior Litigation Counsel
Nevada Bar No. 166
By: JEFFRY M. DOROCAK
Deputy City Attorney
Nevada Bar No. 13109
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629 (office)
(702) 386-1749 (fax)
Email: pbyrnes@lasvegasnevada.gov
Email: jdorocak@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS
and LAS VEGAS CITY COUNCIL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., dba DOTTY'S,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a Municipal Corporation, THE CITY COUNCIL OF LAS VEGAS, and Does I through X,<br><br>Defendants. | CASE NO. 2:15-cv-2240-GMN-GWF |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**
**(FIRST REQUEST)**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel, that the time for Defendants CITY OF LAS VEGAS and LAS VEGAS CITY COUNCIL to respond to Plaintiff's Motion for Attorney's Fees and Costs and Bill of Costs be

. . . .

. . . .

. . . .

. . . .

. . . .

extended from March 29, 2019, to April 12, 2019, to allow counsel for Defendants to prepare such responses. This is the first request for an extension of time in this matter.

DATED this 27th day of March, 2019.

KEMP, JONES & COULTHARD, LLP

By: /s/ J. Randall Jones
J. RANDALL JONES, ESQ.
Nevada Bar No. 1927
MONA KAVEH, ESQ.
Nevada Bar No. 11825
3800 Howard Hughes Parkway,
17th Floor
Las Vegas, NV 89169
Attorneys for Plaintiffs

DATED this 27th day of March, 2019.

BRADFORD R. JERBIC
City Attorney

By: /s/ Philip R. Byrnes
PHILIP R. BYRNES
Senior Litigation Counsel
Nevada Bar No. 166
JEFFRY M. DOROCAK
Deputy City Attorney
Nevada Bar No. 13109
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for CITY OF LAS VEGAS
and LAS VEGAS CITY COUNCIL

**IT IS SO ORDERED.**

Dated this __28__ day of March, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT