J. RANDALL JONES, ESQ.
Nevada Bar No.: 1927
SPENCER H. GUNNERSON, ESQ.
Nevada Bar No.: 8810
MONA KAVEH, ESQ.
Nevada Bar No.: 11825
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Tel. (702) 385-6000
Email: kjc@kempjones.com
*Attorneys for Plaintiff Nevada
Restaurant Services, Inc. dba Dotty's*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., dba DOTTY'S,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF LAS VEGAS, a Municipal Corporation, THE CITY COUNCIL OF LAS VEGAS, and Does I through X,<br><br>Defendants. | Case No.: 2:15-cv-02240-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLEADINGS**<br><br>**(FIRST AND SECOND REQUEST)** |

COME NOW, Plaintiff Nevada Restaurant Services, Inc., dba Dotty's ("Dotty's"), by and through its attorneys of record, Kemp, Jones & Coulthard, LLP, and Defendants The City of Las Vegas and The City Council of Las Vegas (collectively, the "City"), by and through their attorneys of record, the Las Vegas City Attorney's Office, and hereby stipulate and agree to the following:

1. On March 15, 2019, Dotty's filed a Bill of Costs, Doc. 176, and a Motion for Attorney's Fees and Costs, Docs. 177-179, followed by a Supplement to Motion for Attorney's Fees and Costs on March 19, 2019. Docs. 180-182. The original deadline for the City to file any objection to the Bill of Costs and a response to the motion was March 29, 2019. The City filed a Stipulation and Order for Extension of Time (First

1

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

Request) and requested that its objection and response deadline be extended to April 12, 2019, which this Court granted on March 28, 2019. Doc. 187.

2. On March 27, 2019, the City filed a: (i) Renewed Motion for Judgment as a Matter of Law, Doc. 183; (ii) Motion for a New Trial, Doc. 184; and (iii) Motion to Stay Judgments Pending Appeal, Doc. 185. The current deadline for Dotty's to file its responses is April 10, 2019.

3. Dotty's and the City have agreed that both parties shall have up to and including May 10, 2019, to file their respective outstanding pleadings referenced above. This is the first stipulation for extension of time to file the responses referenced in ¶ 2 herein and the second stipulation for extension of time to file the objection and response referenced in ¶ 1 herein.

4. This extension is requested to permit the parties to explore settlement discussions.

Dated this 5th day of April, 2019.

**KEMP, JONES & COULTHARD, LLP**

/s/ J. Randall Jones
J. Randall Jones, Esq. (#1927)
Spencer H. Gunnerson, Esq. (#8810)
Mona Kaveh, Esq. (#11825)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
*Attorneys for Plaintiff Nevada Restaurant Services, Inc. dba Dotty's*

Dated this 5th day of April, 2019.

**CITY ATTORNEY'S OFFICE**

/s/ Philip R. Byrnes
Philip R. Byrnes, Esq. (#166)
Senior Litigation Counsel
Jeffry M. Dorocak, Esq. (#13109)
Deputy City Attorney
495 South Main Street, Sixth Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants City of Las Vegas and City Council of Las Vegas*

**IT IS SO ORDERED.**

Dated this __5__ day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

2