1  J. RANDALL JONES, ESQ.
   Nevada Bar No.: 1927
2  SPENCER H. GUNNERSON, ESQ.
   Nevada Bar No.: 8810
3  MONA KAVEH, ESQ.
   Nevada Bar No.: 11825
4  KEMP, JONES & COULTHARD, LLP
   3800 Howard Hughes Parkway, 17th Floor
5  Las Vegas, Nevada 89169
   Tel. (702) 385-6000
6  Email: kjc@kempjones.com
   *Attorneys for Plaintiff Nevada*
7  *Restaurant Services, Inc. dba Dotty's*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., dba DOTTY'S,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF LAS VEGAS, a Municipal Corporation, THE CITY COUNCIL OF LAS VEGAS, and Does I through X,<br><br>Defendants. | Case No.: 2:15-cv-02240-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLEADINGS**<br><br>**(THIRD AND FOURTH REQUEST)** |

COME NOW, Plaintiff Nevada Restaurant Services, Inc., dba Dotty's ("Dotty's"), by and through its attorneys of record, Kemp, Jones & Coulthard, LLP, and Defendants The City of Las Vegas and The City Council of Las Vegas (collectively, the "City"), by and through their attorneys of record, the Las Vegas City Attorney's Office, and hereby stipulate and agree to the following:

1. On March 15, 2019, Dotty's filed a Bill of Costs, Doc. 176, and a Motion for Attorney's Fees and Costs, Docs. 177-179, followed by a Supplement to Motion for Attorney's Fees and Costs on March 19, 2019. Docs. 180-182. The original deadline for the City to file any objection to the Bill of Costs and a response to the motion was March 29, 2019. The City filed a Stipulation and Order for Extension of Time (First

1

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kic@kempjones.com

Request) and requested that its objection and response deadline be extended to April 12, 2019, which this Court granted on March 28, 2019. Doc. 187. The parties later requested an extension until May 10, 2019, which the Court granted on April 5, 2019. Doc. 191. The parties requested another extension until June 10, 2019, which this Court granted on May 2, 2019. Doc. 196.

2. On March 27, 2019, the City filed a: (i) Renewed Motion for Judgment as a Matter of Law, Doc. 183; (ii) Motion for a New Trial, Doc. 184; and (iii) Motion to Stay Judgments Pending Appeal, Doc. 185. The original deadline for Dotty's to file its responses was April 10, 2019. The Court granted an extension until May 10, 2019. Doc. 191. The Court granted another extension until June 10, 2019. Doc. 196.

3. Dotty's and the City have agreed that both parties shall have up to and including July 10, 2019, to file their respective outstanding pleadings referenced above. This is the third stipulation for extension of time to file the responses referenced in ¶ 2 herein and the fourth stipulation for extension of time to file the objection and response referenced in ¶ 1 herein.

/ / /

/ / /

/ / /

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

4. This extension is requested to permit the parties to finalize settlement. The parties have finalized the draft settlement agreement and one party has signed the settlement agreement. Therefore, the parties request to extend all current deadlines in an effort to minimize each party's fees and costs pending finalization of the settlement discussions.

| Dated this 6th day of June, 2019. | Dated this 6th day of June, 2019. |
|---|---|
| **KEMP, JONES & COULTHARD, LLP** | **CITY ATTORNEY'S OFFICE** |
| */s/ Mona Kaveh* | */s/ Philip R. Byrnes* |
| J. Randall Jones, Esq. (#1927) | Philip R. Byrnes, Esq. (#166) |
| Spencer H. Gunnerson, Esq. (#8810) | Senior Litigation Counsel |
| Mona Kaveh, Esq. (#11825) | Jeffry M. Dorocak, Esq. (#13109) |
| 3800 Howard Hughes Parkway, 17th Floor | Deputy City Attorney |
| Las Vegas, Nevada 89169 | 495 South Main Street, Sixth Floor |
| *Attorneys for Plaintiff Nevada Restaurant Services, Inc. dba Dotty's* | Las Vegas, Nevada 89101 |
| | *Attorneys for Defendants City of Las Vegas and City Council of Las Vegas* |

**IT IS SO ORDERED.**

Dated this __10__ day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

3